THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY WILLIAMS, Appellant.

Submitted May 14, 2012; decided May 31, 2012

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SANTO GONZALEZ, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES et al., Respondents.

Submitted January 17, 2012; decided May 31, 2012

Motion for reargument of motion for leave to appeal denied [*see* 18 NY3d 802 (2011)].

REGIONAL ECONOMIC COMMUNITY ACTION PROGRAM, INC., Appellant, v ENLARGED CITY SCHOOL DISTRICT OF MIDDLETOWN, Respondent.

Submitted March 19, 2012; decided May 31, 2012

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 18 NY3d 474 (2012)].

VBH LUXURY, INCORPORATED, Plaintiff, v 940 MADISON ASSOCIATES LLC, Defendant and Third-Party Plaintiff-Respondent. EXCELSIOR INSURANCE COMPANY, Third-Party Defendant-Appellant, et al., Third-Party Defendant.

Submitted March 26, 2012; decided May 31, 2012

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 18 NY3d 899 (2012)].